UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) AHMAD KHAWAJA<br>(2) MOHAMMAD DIAB<br>(3) AMY ROUNTREE<br>(4) THOMAS WELLS<br><br>**Defendants** | Crim. No. 1:21-cr-10250-NMG |

ASSENTED-TO MOTION FOR EXCLUSION OF TIME UNDER
THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorney Seth B. Kosto and Trial Attorney Randall Warden, of the Department of Justice's Money Laundering and Asset Recovery Section, and with the assent of counsel for defendants Diab and Rountree, respectfully moves this Court to exclude the time period from December 20, 2021, the date of interim status conference in this matter, through and including the next status conference on March 9, 2022, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), on the grounds that the ends of justice served by excluding this period outweigh the best interests of the public and the defendant in a speedy trial. In support of this request, the government states it produced substantial automatic discovery on November 23, 2021 and December 17, 2021; the government is assessing claims of privilege lodged by counsel for defendant Khawaja over additional records in the possession of the government and its filter team that may be discoverable; and counsel for defendants Rountree and Diab have indicated that each will need the opportunity to review the discovery when produced, to discuss it with their respective clients, to discuss the discovery with the government (including format of

production and any additional discovery requests), and to evaluate the case.[1]  Thus, the time period from the December 20 status conference to the next status conference is a period of time that constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                        Respectfully submitted,

                                        NATHANIEL R. MENDELL
                                        Acting United States Attorney

                                 By:  */s/ Seth B. Kosto*
                                        SETH B. KOSTO
                                        Assistant United States Attorney

December 23, 2021

---

[1] Defendant Khawaja is a fugitive on the charges in the Indictment; defendant Wells pleaded guilty to the charges in the Indictment on October 13, 2021.  (Docket No. 28)

## CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                                  /s/ Seth B. Kosto
                                                  SETH B. KOSTO
                                                  Assistant United States Attorney

Dated:  December 23, 2021